UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID BUL,
    Plaintiff,

v.

MR. RUTHO, et al.,
    Defendants.

Civil Action No.
23-10064-NMG

ORDER

GORTON, J.

In an order dated May 8, 2023 (Docket No. 4), the Court denied plaintiff David Bul's motion for leave to proceed *in forma pauperis* as incomplete. The Court ordered Bul to pay the $402 filing fee or file a renewed motion to proceed *in forma pauperis* within twenty-one days. The Court stated that failure to comply with the order could result in dismissal of the action without prejudice.

The deadline for comply with the Court's May 8, 2023 order has passed without any response from Bul.

Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated: 07/05/2023